### KESSLER et al. v. VERA.

(Supreme Court, Appellate Term. November 10, 1898.)

JUDGMENT—DEFAULT—RIGHT OF PLAINTIFF TO JUDGMENT.
    Where defendant fails to appear on return day, and plaintiff puts in proof sufficient to support the complaint, he is entitled to judgment.

Appeal from municipal court, borough of Manhattan, Fourth district.

Action by Max Kessler and another against Frank Vera. On refusal of the court to enter judgment in default of defendant, the plaintiffs appeal. Reversed.

Argued before BEEKMAN, P. J., and GILDERSLEEVE and GIEGERICH, JJ.

J. Wilkenfeld, for appellants.

PER CURIAM. On the return day of the summons the defendant failed to appear. The counsel for the plaintiffs thereupon put in his proofs, which were certainly sufficient, on the face of the record, to support the complaint, which was for a conversion. The justice, however, refused to render judgment in favor of the plaintiffs. No

reason whatsoever is assigned by him for his action, nor is there anything perceptible in the record to give it support. We are likewise without any assistance in the matter from the respondent, who has also failed to appear on the argument of the appeal. As the plaintiffs were entitled to judgment, a new trial must be ordered.

Judgment reversed, and new trial ordered.